```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


CARL E. McDONALD, JR.,              )
                                    )
            Plaintiff,              )
                                    )
       v.                           )    No. 4:06CV1009(HEA)
                                    )
DORN SCHUFFMAN,                     )
JEREMIAH "JAY" NIXON,               )
JANET GORDON,                       )
ELIZABETH M. SHINE,                 )
DIANE McFARLAND,                    )
KAREN ADAMS,                        )
ALAN BLAKE,                         )
SHEILA LIGHT,                       )
DR. JAY ENGLEHARDT,                 )
DR. MARTHA "MARTY" BELLEW-SMITH,    )
DR. JONATHAN ROSENBOOM,             )
DR. LINDA MEADE,                    )
PAULA ADAMS,                        )
REBECCA "JANINE" CHESSEY,           )
MARY LYNN HARRELSON, and            )
TEN UNIDENTIFIED OFFICIALS          )
AND/OR EMPLOYEES OF THE             )
MISSOURI DEPARTMENT OF MENTAL       )
HEALTH AND/OR MISSOURI SEXUAL       )
OFFENDER TREATMENT CENTER           )
(MSOTC),                            )
                                    )
            Defendants.             )
```

## ORDER OF DISMISSAL
## PURSUANT TO
## 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**